UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 922(g)(9) |
| BRIAN KABOWSKI (01) | ) | |
| LEROY WARREN (02) | ) | |
| MATTHEW MURPHY (03) | ) | CAUSE NUMBER: 3:16 CR 8 JD |

**THE GRAND JURY CHARGES**:

## COUNT 1

On or about October 18, 2015, in the Northern District of Indiana,

**BRIAN KABOWSKI (01),**

defendant herein, who previously had been convicted of a crime punishable by a term of imprisonment of more than one year, knowingly possessed a firearm in and affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about October 29, 2015, in the Northern District of Indiana,

**LEROY WARREN (02),**

defendant herein, who previously had been convicted of a crime punishable by a term of imprisonment of more than one year, knowingly possessed a firearm in and affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

On or about October 29, 2015, in the Northern District of Indiana,

**MATTHEW MURPHY (03),**

defendant herein, who previously had been convicted of a crime of domestic violence battery, knowingly possessed a firearm in and affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(9).

Dated: January 13, 2016

A TRUE BILL:

s/ Foreperson
_____
Grand Jury Foreperson

APPROVED BY:

DAVID CAPP
UNITED STATES ATTORNEY

By:  s/ Frank E. Schaffer
_____
Frank E. Schaffer
Assistant United States Attorney