UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:16-CR-008 JD |
| ) | |
| MATTHEW MURPHY (03) ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on March 9, 2016 [DE 46]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Matthew Murphy's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. § 922(g)(9).

SO ORDERED.

ENTERED: March 25, 2016

　　　　　　　　　　　　　　　　　　/s/ JON E. DEGUILIO
　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court